**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In Re:   FRANK R HUCZEK JR    § § § § § § §   Case No.: 08-24279
      KATHLEEN M HUCZEK

Debtor(s)

---

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 09/12/2008.

2) This case was confirmed on 11/19/2008.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was converted on 07/24/2009.

6) Number of months from filing to the last payment: 10

7) Number of months case was pending: 13

8) Total value of assets abandoned by court order: NA

9) Total value of assets exempted: $ 85,313.00

10) Amount of unsecured claims discharged without payment $ .00

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $ | 8,756.54 |
| Less amount refunded to debtor | $ | 1,033.47 |
| **NET RECEIPTS** | $ | 7,723.07 |

**Expenses of Administration:**

| | | |
|---|---|---|
| Attorney's Fees Paid through the Plan | $ | 3,221.50 |
| Court Costs | $ | .00 |
| Trustee Expenses and Compensation | $ | 556.06 |
| Other | $ | .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ | 3,777.56 |
| Attorney fees paid and disclosed by debtor | $ | 278.50 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| COOK COUNTY TREASURE | SECURED | 2,123.52 | 34,450.41 | 2,124.00 | 135.00 | .00 |
| HOUSEHOLD FINANCE CO | SECURED | 30,706.00 | 29,974.75 | .00 | .00 | .00 |
| HOUSEHOLD FINANCE CO | SECURED | NA | 1,204.16 | 1,204.16 | 1,204.16 | .00 |
| LITTON LOAN SERVICIN | SECURED | 197,578.89 | 197,407.48 | .00 | .00 | .00 |
| LITTON LOAN SERVICIN | SECURED | NA | 5,171.93 | 1,011.85 | 1,011.85 | .00 |
| VILLAGE OF STREAMWOO | SECURED | 82.96 | .00 | 83.00 | 83.00 | .00 |
| JP MORGAN CHASE | SECURED | 103,473.00 | 103,111.47 | .00 | .00 | .00 |
| WEATHERGUARD | SECURED | 4,970.00 | .00 | 4,970.00 | 135.00 | .00 |
| RICHARD M MRUZ | UNSECURED | 323.00 | NA | NA | .00 | .00 |
| AT & T BANKRUPTCY | UNSECURED | 168.67 | NA | NA | .00 | .00 |
| AT & T BANKRUPTCY | UNSECURED | 185.43 | NA | NA | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 206.70 | 1,379.44 | 1,379.44 | 69.00 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 8,755.00 | 8,585.24 | 8,585.24 | 429.46 | .00 |
| CAPITAL ONE | UNSECURED | 1.00 | NA | NA | .00 | .00 |
| JEFFERSON CAPITAL SY | UNSECURED | 350.00 | 611.85 | 611.85 | 30.61 | .00 |
| JEFFERSON CAPITAL SY | UNSECURED | 400.00 | 569.60 | 569.60 | 28.49 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 1,257.00 | 1,158.65 | 1,158.65 | 57.96 | .00 |
| COMMONWEALTH EDISON | UNSECURED | 134.81 | NA | NA | .00 | .00 |
| CREDIT FIRST | UNSECURED | 263.00 | 263.02 | 263.02 | .00 | .00 |
| CREDIT FIRST NATIONA | UNSECURED | 109.00 | NA | NA | .00 | .00 |
| AT&T BROADBAND | UNSECURED | 64.00 | NA | NA | .00 | .00 |
| DANIEL N UDITSKY DDS | UNSECURED | 119.00 | NA | NA | .00 | .00 |
| CHASE BP | UNSECURED | 2,026.00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ARROW FINANCIAL SERV | UNSECURED | 6,458.00 | 6,458.32 | 6,458.32 | 323.07 | .00 |
| ICS | UNSECURED | 15.00 | NA | NA | .00 | .00 |
| MALCOLM S GERALD & A | UNSECURED | 75.00 | NA | NA | .00 | .00 |
| MEA AEA | UNSECURED | 32.16 | NA | NA | .00 | .00 |
| NCO FINANCIAL SYSTEM | UNSECURED | 1,627.73 | NA | NA | .00 | .00 |
| NICOR GAS | UNSECURED | 280.22 | 163.23 | 163.23 | .00 | .00 |
| NICOR GAS | UNSECURED | 284.00 | NA | NA | .00 | .00 |
| RMS | UNSECURED | 78.10 | NA | NA | .00 | .00 |
| RONAL LISS DDS | UNSECURED | 455.00 | NA | NA | .00 | .00 |
| SPRINT | UNSECURED | 41.57 | NA | NA | .00 | .00 |
| STATE FARM INSURANCE | UNSECURED | 428.20 | NA | NA | .00 | .00 |
| TARGET NATIONAL BANK | UNSECURED | 4,928.00 | 4,928.56 | 4,928.56 | 246.55 | .00 |
| TERMINIX | UNSECURED | 90.00 | NA | NA | .00 | .00 |
| ATLANTIC CREDIT & FI | UNSECURED | 942.03 | 3,825.50 | 3,825.50 | 191.36 | .00 |
| DALE LEGNAIOLI | OTHER | NA | NA | NA | .00 | .00 |
| JP MORGAN CHASE | OTHER | NA | NA | NA | .00 | .00 |
| LITTON LOAN SERV | OTHER | NA | NA | NA | .00 | .00 |
| JP MORGAN CHASE | SECURED | NA | 902.60 | .00 | .00 | .00 |
| HOUSEHOLD FINANCE CO | OTHER | NA | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | 2,216.01 | 2,216.01 | .00 |
| Debt Secured by Vehicle | .00 | .00 | .00 |
| All Other Secured | 7,177.00 | 353.00 | .00 |
| **TOTAL SECURED:** | 9,393.01 | 2,569.01 | .00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 27,943.41 | 1,376.50 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 3,777.56 |
| Disbursements to Creditors | $ | 3,945.51 |
| **TOTAL DISBURSEMENTS:** | $ | 7,723.07 |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated:   10/15/2009                         /s/ Tom Vaughn
                                            Tom Vaughn, Chapter 13 Trustee

**STATEMENT**    : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**