**UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| FRANK R. HUCZEK, JR., AND | ) | Case No. 08-24279 |
| KATHLEEN M. HUCZEK, | ) | |
| | ) | Hon. Jack B. Schmetterer |
| Debtors. | ) | |
| | ) | |

**NOTICE OF WITHDRAWAL OF TRUSTEE'S FINAL REPORT [DKT. 63] AND
NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR
<u>COMPENSATION AND DEADLINE TO OBJECT [DKT. 64]</u>**

PLEASE TAKE NOTICE that the Trustee's Final Report (TFR) [Dkt. 63] and Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object [Dkt. 64] are hereby withdrawn by N. Neville Reid, not individually, but solely as the chapter 7 trustee for estate of Frank R. Huczek, Jr., and Kathleen M. Huczek.

Dated: November 18, 2011                **N. NEVILLE REID, not individually, but solely
                                        as the chapter 7 trustee for estate of Frank R.
                                        Huczek, Jr., and Kathleen M. Huczek**

                                        By:    */s/ N. Neville Reid*

N. Neville Reid (ARDC # 6195837)
**FOX, HEFTER, SWIBEL, LEVIN & CARROLL, LLP**
200 West Madison Street, Suite 3000
Chicago, IL  60606
Ph:  312.224.1200
Fx:  312.224.1202

## CERTIFICATE OF SERVICE

I, N. Neville Reid, certify that on November 18, 2011, I caused a copy of the foregoing **Notice of Withdrawal of the Trustee's Final Report (TFR) [Dkt. 63] and Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object [Dkt. 64]** be filed electronically, with a copy of same being served electronically pursuant to and as a result of the operation of this Court's electronic filing system to such persons within the Court's database for this matter.

*/s/ N. Neville Reid*
N. Neville Reid

## SERVICE LIST

Patrick S Layng
USTPRegion11.ES.ECF@usdoj.gov

aiq Mihlar on behalf of JP Morgan Chase Bank, National Association
shellyhood@hsbattys.com

Jose G Moreno on behalf of Household Finance Corporation III
nd-one@il.cslegal.com

Nicholas R Perino on behalf of Frank R Huczek, Jr., and Kathleen M Huczek
nperino@robertjsemrad.com

Patrick J. Semrad on behalf of Frank R Huczek, Jr., and Kathleen M Huczek
psemrad@robertjsemrad.com

Robert J Semrad, JR on behalf of Frank R Huczek, Jr., and Kathleen M Huczek
court_docs@robertjsemrad.com

Gloria C Tsotsos on behalf of Litton Loan Servicing, LP
nd-three@il.cslegal.com