# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

**IN RE:** Frank R. And Kathleen M. Huczek   )
)
) **Bankruptcy No.** 08 B 24279
)
**Debtor(s)**   )
)

## NOTICE AND ORDER ON TRUSTEE'S FINAL REPORT

TO:   See Attached Service List

Please take notice that the Court will call the above -captioned case for another status on   January 26, 2012 at 10:30 a.m.   In courtroom 682 of the Dirksen Federal Courthouse, 219 South Dearborn Street, Chicago, Illinois. The Chapter 7 trustee N. Neville Reid is positively ordered to appear and provide a status at that time.

ENTER:

Jack B. Schmetterer
United States Bankruptcy Judge

DEC 23 2011

In re: Frank R. Jr., and Kathleen M. Huczek
Bankruptcy No. 08 B 24279

### CERTIFICATE OF SERVICE

I, Deborah Smith, certify that on December 23, 2011, I caused to be served copies of the foregoing ORDER to the following by electronic service through the Court's CM/ECF system or regular U.S. mail:

system or regular U.S. mail:

*Deborah Smith*
Courtroom Deputy

### Electronic Service through CM/ECF System

Catherine Kim
Stahl Cowen Crowley Addis LLC
55 W. Monroe St
Suite 1200
Chicago, IL 60603

*Trustee*
**N. Neville Reid**
Fox, Hefter, Swibel, Levin & Carroll LLP
200 W. Madison Street
Suite 3000
Chicago, IL 60606

**U.S. Trustee**
**Patrick S. Layng**
Office of the U.S. Trustee,
Region 11
219 South Dearborn St.
Room 873
Chicago, IL 60604

## Served through First Clasee Mail

Frank R. Jr., and Kathleen M. Huczek
1419 N. Green Meadows Blvd.
Streamwood, IL 60107