# UNITED STATES BANKRUPTCY COURT
### NORTHERN **DISTRICT OF** ILLINOIS
### EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| HUCZEK JR, FRANK R | § | Case No. 08-24279 |
| HUCZEK, KATHLEEN M | § | |
| | § | |
| Debtor(s) | § | |

## AMENDED NOTICE OF FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that N. Neville Reid, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

> Clerk for the U.S. Bankruptcy
> Northern District of Illinois
> 219 South Dearborn Street
> Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 07/26/2012 in Courtroom 682,

> United States Courthouse
> 219 South Dearborn Street
> Chicago, IL  60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _07/06/2012_____      By: N. Neville Reid_____
                                                                                                Trustee

*N. Neville Reid*
*200 W. MADISON, SUITE 3000*
*CHICAGO, IL 60606*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| HUCZEK JR, FRANK R | § | Case No. 08-24279 |
| HUCZEK, KATHLEEN M | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 6,252.14 |
| and approved disbursements of | $ | 2.88 |
| leaving a balance on hand of[1] | $ | 6,249.26 |

Claims of secured creditors will be paid as follows:

### NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: N. Neville Reid | $ 1,375.21 | $ 0.00 | $ 1,375.21 |
| Other: International Sureties, Ltd. | $ 2.88 | $ 2.88 | $ 0.00 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 1,375.21 |
| Remaining Balance | $ | 4,874.05 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

### NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 59,122.32  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  8.2  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Atlantic Credit & Finance Inc. | $          3,825.50 | $          0.00 | $          315.37 |
| 000002 | Credit First | $          263.02 | $          0.00 | $          21.68 |
| 000003 | Household Finance Corporation III | $          31,178.91 | $          0.00 | $          2,570.40 |
| 000005 | TARGET NATIONAL BANK | $          4,928.56 | $          0.00 | $          406.31 |
| 000006 | Jefferson Capital Systems LLC | $          6,458.32 | $          0.00 | $          532.42 |
| 000007 | Roundup Funding, LLC | $          1,379.44 | $          0.00 | $          113.72 |
| 000009 | eCAST Settlement Corporation assignee of | $          1,158.65 | $          0.00 | $          95.52 |
| 000010 | Jefferson Capital Systems LLC | $          569.60 | $          0.00 | $          46.96 |
| 000011 | eCAST Settlement Corporation | $          8,585.24 | $          0.00 | $          707.77 |
| 000012 | Jefferson Capital Systems LLC | $          611.85 | $          0.00 | $          50.44 |
| 000014 | Nicor Gas | $          163.23 | $          0.00 | $          13.46 |

Total to be paid to timely general unsecured creditors          $          4,874.05

Remaining Balance                                    $_____0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid _pro rata_ only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid _pro rata_ only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/N. Neville Reid _____
                                                    Trustee

_N. Neville Reid_
_200 W. MADISON, SUITE 3000_
_CHICAGO, IL 60606_

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 08-24279-JBS
Frank R Huczek                                                      Chapter 7
Kathleen M Huczek
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0752-1         User: dgomez          Page 1 of 3            Date Rcvd: Jul 10, 2012
                            Form ID: pdf006        Total Noticed: 50


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 12, 2012.
db/jdb      +Frank R Huczek, Jr,   Kathleen M Huczek,   1419 N. Green Meadows Blvd.,
             Streamwood, IL 60107-1139
12764929    +ARROW FINANCIAL SERVICES, LLC,   c/o Jefferson Capital Systems LLC,   PO BOX 7999,
             SAINT CLOUD MN 56302-7999,   Orig By: EMPIRE
12605813    #+AT&T,   Post Office Box 8100,   Aurora, IL 60507-8100
12605814    +AT&T,   PO BOX 5014,   Carol Stream, IL 60197-5014
12622094    +Atlantic Credit & Finance Inc.,   c/o Blitt and Gaines P.C.,   661 Glenn Ave,
             Wheeling, IL 60090-6017
12605816    +Bank Of America,   Pob 17054,   Wilmington, DE 19884-0001
12605817     Capital One,   P.O. Box 60067,   City Of Industry, CA 91716-0067
12605819    +Check Into Cash of Illinois,   104 N. Barrington,   Streamwood, IL 60107-1966
12605818    +Check Into Cash of Illinois,   104 N. Barrington Road,   Streamwood, IL 60107-1966
12605820    +Citibank Usa,   Attn. Centralized Bankruptcy,   Po Box 20507,   Kansas City, MO 64195-0507
12605822     Cook County Treasurer,   P.O. Box 4468,   Carol Stream, IL 60197-4468
12605823    +Credit First,   Po Box 818011,   Cleveland, OH 44181-8011
12605824    +Credit First N.A.,   PO Box 81344,   Cleveland, OH 44188-0001
12605825    +Credit Protect Assoc.,   Po Box 802068,   Dallas, TX 75380-2068
12605826    +Daniel N. Uditsky, D.D.S.,   650 E. Higgins Road,   Suite 7 East,   Schaumburg, IL 60173-4791
12964512     FIA Card Services aka Bank of America,   by eCAST Settlement Corporation,   as its agent,
             POB 35480,   Newark NJ 07193-5480
12605827    +First Card/Chase USA,   Card Member Services,   Po Box 15298,   Wilmington, DE 19850-5298
12605829    ++HSBC BANK,   ATTN BANKRUPTCY DEPARTMENT,   PO BOX 5213,   CAROL STREAM IL 60197-5213
             (address filed with court: Hsbc/rs,   Po Box 15522,   Wilmington, DE 19850)
12696152    +Household Finance Corporation III,   Pob 21188,   Eagan MN 55121-0188
12605830    +ICS, Inc.,   PO Box 1010,   Tinley Park, IL 60477-9110
12714141    +JPMorgan Chase,   7255 Baymeadows Way Mail Stop JAXB2007,   Jacksonville, Florida 32256-6851
12922862    +Jefferson Capital Systems LLC,   Purchased From JEFFERSON CAPITAL SYSTEMS,   PO BOX 7999,
             SAINT CLOUD MN 56302-7999,   Orig By: PAYDAY LOAN
12605831    +Litton Loan,   PO Box 4387,   Houston, TX 77210-4387
12605833    +MEA-AEA, LLC,   PO Box 366,   Hinsdale, IL 60522-0366
12605832    +Malcolm S. Gerald and Associates,   332 South Michigan Ave.,   Suite 600,
             Chicago, IL 60604-4318
12825413    +Mortgage Eelctronic REistration Systems,   Nominee for Deutsche Bank Natl Trust Co,
             Litton Loan Servicing, L.P.,   4828 Loop Central Drive,   Houston, TX 77081-2166
12605835    #+NCO Financial Systems, Inc.,   PO BOX 4909,   Dept. 22,   Trenton, NJ 08650-4909
12605834    +Nationwide Credit, Inc.,   2015 Vaughn Rd. NW, Ste. 400,   Kennesaw, GA 30144-7802
12605838    +RMS,   4836 Brecksville Road,   PO Box 523,   Richfield, OH 44286-0523
12605839    +Ronal Liss, D.D.S.,   Oral and Maxillofacial Sugery,   1000 Grand Canyon Pkwy. #106,
             Hoffman Estates, IL 60169-1730
12605842    +Target N.b.,   Po Box 673,   Minneapolis, MN 55440-0673
12605843    +Terminix,   1550 Burgundy Pkwy,   Streamwood, IL 60107-1812
12605844    +Union Plus Credit Card,   P.O. Box 17051,   Baltimore, MD 21297-1051
12605845    +Village of Streamwood,   Water Billing Department,   301 E. Irving Park Road,
             Streamwood, IL 60107-3000
12640471    +Washington Mutual Bank,   7255 Baymeadows Way Mail Stop JAXB2007,
             Jacksonville, Florida 32256-6851
12605846    +Washington Mutual Mortgage,   Attn: Bankruptcy Dept. JAXA 2035,   7255 Bay Meadows Way,
             Jacksonville, FL 32256-6851
12605847    +Weatherguard,   1300 A Remington Road,   Schaumburg, IL 60173-4800
13693355     eCAST Settlement Corporation,   POB 35480,   Newark, NJ 07193-5480
12922519     eCAST Settlement Corporation assignee of,   Citibank USA NA HOME DEPOT,   POB 35480,
             Newark NJ 07193-5480


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
12605812    +E-mail/Text: RBALTAZAR@ARMORSYS.COM Jul 11 2012 01:18:44    Armor Systems Co,   1700 Kiefer Dr,
             Suite 1,   Zion, IL 60099-5105
12605821    +E-mail/Text: legalcollections@comed.com Jul 11 2012 01:18:36    Commonwealth Edison,
             Attn: Bankruptcy Department,   2100 Swift Drive,   Oak Brook, IL 60523-1559
13023441    +E-mail/Text: lbankruptcy@cookcountytreasurer.com Jul 11 2012 01:26:14    Cook County Treasurer,
             118 N. Clark Room 112,   Chicago, IL 60602-1590
12605828    +E-mail/PDF: gecsedi@recoverycorp.com Jul 11 2012 03:19:48    GEMB / HH Gregg,
             Attention:  Bankruptcy,   Po Box 103106,   Roswell, GA 30076-9106
12605836     E-mail/Text: bankrup@nicor.com Jul 11 2012 01:17:06    Nicor,   P O Box 416,
             Aurora, IL 60568-0001
13080431     E-mail/Text: bankrup@nicor.com Jul 11 2012 01:17:06    Nicor Gas,   PO Box 549,
             Aurora IL 60507-0549
12605837    +E-mail/Text: bankrup@nicor.com Jul 11 2012 01:17:06    Nicor Gas,
             Attention: Bankruptcy Department,   1844 Ferry Road,   Naperville, IL 60563-9662
12819664     E-mail/Text: resurgentbknotifications@resurgent.com Jul 11 2012 01:16:45    Roundup Funding, LLC,
             MS 550,   PO Box 91121,   Seattle, WA 98111-9221
12605840     E-mail/Text: bklaw2@centurylink.com Jul 11 2012 01:24:04    Sprint,   P.O. Box 6419,
             Carol Stream, IL 60197

```
District/off: 0752-1          User: dgomez          Page 2 of 3          Date Rcvd: Jul 10, 2012
                             Form ID: pdf006        Total Noticed: 50
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
12605841       +E-mail/Text: home.fss-bankruptcy.934c00@statefarm.com Jul 11 2012 01:26:11
                State Farm Insurance Company,   2702 Ireland Grove Road,   Bloomington, IL 61709-0002
12759542       +E-mail/Text: bncmail@w-legal.com Jul 11 2012 01:24:30    TARGET NATIONAL BANK,
                C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
                                                                                          TOTAL: 11
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12605815*      +AT&t,   P.O. BOX 5014,   Carol Stream, IL 60197-5014
13017401*      +Jefferson Capital Systems LLC,   Purchased From JEFFERSON CAPITAL SYSTEMS,   PO BOX 7999,
                SAINT CLOUD MN 56302-7999,   Orig By: PAYDAY LOAN
13693382*       eCAST Settlement Corporation,   POB 35480,   Newark, NJ 07193-5480
                                                                          TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 12, 2012**                     **Signature:**

```
District/off: 0752-1         User: dgomez          Page 3 of 3          Date Rcvd: Jul 10, 2012
                            Form ID: pdf006        Total Noticed: 50
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 6, 2012 at the address(es) listed below:
      Faiq  Mihlar    on behalf of Creditor  JP Morgan Chase Bank, National Association
        shellyhood@hsbattys.com,
        jenniferewins@hsbattys.com;heathergiannino@hsbattys.com;bk4hsbm@gmail.com
      Gloria C  Tsotsos     on behalf of Creditor  Litton Loan Servicing, LP nd-three@il.cslegal.com
      Jose G Moreno    on behalf of Creditor  Household Finance Corporation III nd-one@il.cslegal.com
      N. Neville Reid    nreid@fhslc.com,   nreid@ecf.epiqsystems.com
      Nicholas R Perino    on behalf of Debtor Frank Huczek nperino@robertjsemrad.com,
        rjscourtdocs@gmail.com
      Patrick J. Semrad    on behalf of Debtor Frank Huczek psemrad@robertjsemrad.com,
        rjscourtdocs@gmail.com
      Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
      Robert J Semrad    on behalf of Debtor Frank Huczek court_docs@robertjsemrad.com,
        msemrad@robertjsemrad.com

                                                     TOTAL: 8