# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| HUCZEK JR, FRANK R | § | Case No. 08-24279 |
| HUCZEK, KATHLEEN M | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

N. Neville Reid, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 615,313.00<br>*(Without deducting any secured claims)* | Assets Exempt: 31,500.00 |
| Total Distributions to Claimants: 4,558.68 | Claims Discharged<br>Without Payment: 84,661.26 |
| Total Expenses of Administration: 1,693.46 | |

3) Total gross receipts of $ 6,252.14 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 6,252.14 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 338,934.37 | $ 34,450.41 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 1,693.46 | 1,693.46 | 1,693.46 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 30,097.62 | 59,122.32 | 59,122.32 | 4,558.68 |
| TOTAL DISBURSEMENTS | $ 369,031.99 | $ 95,266.19 | $ 60,815.78 | $ 6,252.14 |

4) This case was originally filed under chapter 13 on  09/12/2008 , and it was converted to chapter 7 on  07/24/2009 .  The case was pending for 43 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  01/22/2013                      By:/s/N. Neville Reid
                                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| PERSONAL INJURY | 1242-000 | 6,249.76 |
| Post-Petition Interest Deposits | 1270-000 | 2.38 |
| TOTAL GROSS RECEIPTS | | $6,252.14 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ 0.00 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Cook County Treasurer PO Box 4468 Carol Stream, IL 60197-4468 | | 2,123.52 | NA | NA | 0.00 |
| | Hsbc/rs PO Box 15522 Wilmington, DE 19850 | | 30,706.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Litton Loan<br>PO Box 4387<br>Houston, TX 77210 | | 197,578.89 | NA | NA | 0.00 |
| | Village of Streamwood<br>Water Billing Department<br>301 E. Irving Park Road<br>Streamwood, IL 60107 | | 82.96 | NA | NA | 0.00 |
| | Washington Mutual Mortgage<br>Attn: Bankruptcy Dept. JAXA<br>2035<br>7255 Bay Meadows Way<br>Jacksonville, FL 32256 | | 103,473.00 | NA | NA | 0.00 |
| | Weatherguard<br>1300 A. Remington Road<br>Schaumburg, IL 60173 | | 4,970.00 | NA | NA | 0.00 |
| 000004 | JPMORGAN CHASE | 4110-000 | NA | 0.00 | 0.00 | 0.00 |
| 000008 | MORTGAGE EELCTRONIC REISTRATION SYS | 4110-000 | NA | 0.00 | 0.00 | 0.00 |
| 000013 | COOK COUNTY TREASURER | 4800-000 | NA | 34,450.41 | 0.00 | 0.00 |
| TOTAL SECURED CLAIMS | | | $ 338,934.37 | $ 34,450.41 | $ 0.00 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N. NEVILLE REID AS TRUSTEE | 2100-000 | NA | 1,375.21 | 1,375.21 | 1,375.21 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 2.88 | 2.88 | 2.88 |
| CLERK OF THE BANKRUPTCY COURT | 2990-000 | NA | 315.37 | 315.37 | 315.37 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 1,693.46 | $ 1,693.46 | $ 1,693.46 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AT&T<br>PO Box 5014<br>Carol Stream, IL 60197 | | 206.70 | NA | NA | 0.00 |
| | AT&T<br>Post Office Box 8100<br>Aurora, IL 60507 | | 168.67 | NA | NA | 0.00 |
| | AT&T<br>PO Box 5014<br>Carol Stream, IL 60197 | | 185.43 | NA | NA | 0.00 |
| | Armor Systems Co<br>1700 Kiefer Dr<br>Suite 1<br>Zion, IL 60099 | | 323.00 | NA | NA | 0.00 |
| | Bank of America<br>POB 17054<br>Wilmington, DE 19884 | | 8,755.00 | NA | NA | 0.00 |
| | Capital One<br>PO Box 60067<br>City Of Industry, CA 91716-0067 | | 1.00 | NA | NA | 0.00 |
| | Check Into Cash of Illinois<br>104 N. Barrington<br>Streamwood, IL 60107 | | 400.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Check Into Cash of Illinois<br>104 N. Barrington Road<br>Streamwood, IL 60107 | | 350.00 | NA | NA | 0.00 |
| | Citibank USA<br>Attn: Centralized Bankruptcy<br>PO Box 20507<br>Kansas City, MO 64195 | | 1,257.00 | NA | NA | 0.00 |
| | Commonwealth Edison<br>Attn: Bankruptcy Department<br>2100 Swift Drive<br>Oak Brook, IL 60523 | | 134.81 | NA | NA | 0.00 |
| | Credit First<br>PO Box 818011<br>Cleveland, OH 44181 | | 263.00 | NA | NA | 0.00 |
| | Credit First N.A.<br>PO Box 81344<br>Cleveland, OH 44188 | | 109.00 | NA | NA | 0.00 |
| | Credit Protect Assoc.<br>PO Box 802068<br>Dallas, TX 75380 | | 64.00 | NA | NA | 0.00 |
| | Daniel N. Uditsky, D.D.S.<br>650 E. Higgins Road<br>Suite 7 East<br>Schaumburg, IL 60173 | | 119.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | First Card/Chase USA<br>Card Member Services<br>PO Box 15298<br>Wilmington, DE 19850 | | 2,026.00 | NA | NA | 0.00 |
| | GEMB/HH Gregg<br>Attention: Bankruptcy<br>PO Box 103106<br>Roswell, GA 30076 | | 6,458.00 | NA | NA | 0.00 |
| | ICS, Inc.<br>PO Box 1010<br>Tinley Park, IL 60477 | | 15.00 | NA | NA | 0.00 |
| | MEA-AEA, LLC<br>PO Box 366<br>Hinsdale, IL 60522 | | 32.16 | NA | NA | 0.00 |
| | Malcolm S. Gerald and<br>Associates<br>332 South Michigan Ave.<br>Suite 600<br>Chicago, IL 60604 | | 75.00 | NA | NA | 0.00 |
| | NCO Financial Systems, Inc.<br>PO Box 4909<br>Dept. 22<br>Trenton, NJ 08650 | | 1,627.73 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Nicor<br>PO Box 416<br>Aurora, IL 60568-0001 | | 280.22 | NA | NA | 0.00 |
| | Nicor Gas<br>Attention: Bankruptcy<br>Department<br>1844 Ferry Road<br>Naperville, IL 60507 | | 284.00 | NA | NA | 0.00 |
| | RMS<br>4836 Brecksville Road<br>PO Box 523<br>Richfield, OH 44286 | | 78.10 | NA | NA | 0.00 |
| | Ronal Liss, D.D.S.<br>Oral and Maxilloficial Surgery<br>1000 Grand Canyon Pkwy.<br>#106<br>Hoffman Estates, IL 60169 | | 455.00 | NA | NA | 0.00 |
| | Sprint<br>PO Box 6419<br>Carol Stream, IL 60197 | | 41.57 | NA | NA | 0.00 |
| | State Farm Insurance<br>Company<br>2702 Ireland Grove Road<br>Bloomington, IL 61709 | | 428.20 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Target N.b. PO Box 673 Minneapolis, MN 55440 | | 4,928.00 | NA | NA | 0.00 |
| | Terminix 1550 Burgundy Pkwy Streamwood, IL 60107 | | 90.00 | NA | NA | 0.00 |
| | Union Plus Credit Card PO Box 17051 Balltimore, MD 21297 | | 942.03 | NA | NA | 0.00 |
| 000001 | ATLANTIC CREDIT & FINANCE INC. | 7100-000 | NA | 3,825.50 | 3,825.50 | 0.00 |
| 000002 | CREDIT FIRST | 7100-000 | NA | 263.02 | 263.02 | 21.68 |
| 000011 | ECAST SETTLEMENT CORPORATION | 7100-000 | NA | 8,585.24 | 8,585.24 | 707.77 |
| 000009 | ECAST SETTLEMENT CORPORATION ASSIGN | 7100-000 | NA | 1,158.65 | 1,158.65 | 95.52 |
| 000003 | HOUSEHOLD FINANCE CORPORATION III | 7100-000 | NA | 31,178.91 | 31,178.91 | 2,570.40 |
| 000006 | JEFFERSON CAPITAL SYSTEMS | 7100-000 | NA | 6,458.32 | 6,458.32 | 532.42 |
| 000010 | JEFFERSON CAPITAL SYSTEMS LLC | 7100-000 | NA | 569.60 | 569.60 | 46.96 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000012 | JEFFERSON CAPITAL SYSTEMS LLC | 7100-000 | NA | 611.85 | 611.85 | 50.44 |
| 000014 | NICOR GAS | 7100-000 | NA | 163.23 | 163.23 | 13.46 |
| 000007 | ROUNDUP FUNDING, LLC | 7100-000 | NA | 1,379.44 | 1,379.44 | 113.72 |
| 000005 | TARGET NATIONAL BANK | 7100-000 | NA | 4,928.56 | 4,928.56 | 406.31 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 30,097.62 | $ 59,122.32 | $ 59,122.32 | $ 4,558.68 |

Page: 1
Exhibit 8

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| Case No.: | 08-24279 | JBS | Judge: JACK B SCHMETTERER | | Trustee Name: | | N. Neville Reid |
| Case Name: | HUCZEK JR, FRANK R | | | | Date Filed (f) or Converted (c): | | 07/24/09 (c) |
| | HUCZEK, KATHLEEN M | | | | 341(a) Meeting Date: | | 09/03/09 |
| For Period Ending: | 01/22/13 | | | | Claims Bar Date: | | 06/01/10 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 1. PERSONAL INJURY (u) | 0.00 | 0.00 | | 6,249.76 | FA | 0.00 | 0.00 |
| 2. REAL ESTATE 1419 N. Green Meadows, Streamwood, IL | 260,000.00 | 0.00 | | 0.00 | FA | 0.00 | 30,000.00 |
| 3. REAL ESTATE 2060 Sycamore Ave., Hanover Park, IL | 300,000.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 4. CHECKING | 838.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 5. SECURITY DEPOSIT | 150.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 6. FURNISHINGS | 3,000.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 7. CLOTHING | 1,500.00 | 0.00 | | 0.00 | FA | 0.00 | 1,500.00 |
| 8. WHOLE LIFE INS. | 200.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 9. TERM LIFE INS. | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 10. PENSION PLAN (All-State) | 35,000.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 11. PENSION PLAN (Sears) | 10,000.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 12. AUTOMOBILE | 4,625.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 13. 401K (Prudential) | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 2.38 | Unknown | 0.00 | 0.00 |
| | | | | | Gross Value of Remaining Assets | | |
| TOTALS (Excluding Unknown Values) | $615,313.00 | $0.00 | | $6,252.14 | $0.00 | $0.00 | $31,500.00 |
| | | | | | (Total Dollar Amount in Column 6) | | |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action

9-17-12 - Blitt and Gaines - returned our check made payable to Atlantic Credit $315.37 saying unable to accept check.

9-14-12 Waiting for Check to Atlantic Credit & Finance Co. to be cashed $315.37.  Then do TDR

6/1/12 TFR filed, waiting for Order from UST approving TFR (mid-July)

LFORMEX

**UST Form 101-7-TDR (5/1/2011) (Page: 12)**

Ver: 17.01

Page:   2
Exhibit 8

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Case No:       08-24279    JBS    Judge: JACK B. SCHMETTERER
Case Name:     HUCZEK,JR, FRANK R
               HUCZEK, KATHLEEN M

Trustee Name:                            N. Neville Reid
Date Filed (f) or Converted (c):         07/24/09 (c)
341(a) Meeting Date:                     09/03/09
Claims Bar Date:                         06/01/10

1/27/12. Judge Schmetterer disallowed Claim 13-1 (Cook County Treasurer) in the Huczek case 1-26-12.  On Jan 26 2012
Judge heard Trustee's motion seeking  bifurcation of secured claim of Household Finance (Cliam 3-1) related to its
second mortgage , into $0 secured claim and claim balance as unsecured claim. Judge took motion under advisement on
valuation issue. Expect ruling by Feb 15. Upon ruling Trustee will file TFR as there is no further action required to
administer the case. No legal fees in this case and projected dividend to unsecured creditors should be approximately
7%.

RE PROP# 3---(1/2 interest)

Initial Projected Date of Final Report (TFR): 12/31/10          Current Projected Date of Final Report (TFR): 03/31/12

LFORM1EX

UST Form 101-7-TDR (5/1/2011) (Page: 13)

Ver 17.01

Page: 1
Exhibit 9

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 08-24279 -JBS |
| Case Name: | HUCZEK JR, FRANK R |
| | HUCZEK, KATHLEEN M |
| Taxpayer ID No: | *******0611 |
| For Period Ending: | 01/22/13 |

| Trustee Name: | N. Neville Reid |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | ******3679 Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/06/12 | | Bank of America, N.A.<br>Phoenix, Arizona<br>Deposit Services<br>318-0005594 CW | BoA Account Closeout | 9999-000 | 315.37 | | 315.37 |
| 12/10/12 | 300001 | Clerk of the Bankruptcy Court<br>219 South Dearborn Street, Room 713<br>Chicago, IL 60604 | Unclaimed Funds of Atlantic Credit & Finance, Inc | 2990-000 | | 315.37 | 0.00 |

|  | | | | |
|---|---|---|---|---|
| COLUMN TOTALS | | | 315.37 | 315.37 |
| Less: | Bank Transfers/CD's | | 0.00 | 0.00 |
| Subtotal | | | 315.37 | 315.37 |
| Less: | Payments to Debtors | | | 0.00 |
| Net | | | 315.37 | 315.37 |

| Page Subtotals | | 315.37 | 315.37 |

Ver: 17.01

LFORM24   UST Form 101-7-TDR (5/1/2011) (Page: 14)

Page: 2

Exhibit 9

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 08-24279 -JBS
Case Name: HUCZEK JR, FRANK R
HUCZEK, KATHLEEN M
Taxpayer ID No: *******0611
For Period Ending: 01/22/13

Trustee Name: N. Neville Reid
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: ******6783 Money Market Account (Interest Earn
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/15/10 | 1 | Zachary K. Sims, PC 2400 Ravine Way, Suite 200 Glenview, IL  60025 | Settlement Funds | 1242-000 | 6,249.76 | | 6,249.76 |
| 02/26/10 | INT | BANK OF AMERICA, N.A | Interest Rate  0.030 | 1270-000 | 0.04 | | 6,249.80 |
| 03/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.16 | | 6,249.96 |
| 04/30/10 | INT | BANK OF AMERICA, N A | Interest Rate  0.030 | 1270-000 | 0.15 | | 6,250.11 |
| 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.15 | | 6,250.26 |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.16 | | 6,250.42 |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.15 | | 6,250.57 |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.16 | | 6,250.73 |
| 09/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.15 | | 6,250.88 |
| 10/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.16 | | 6,251.04 |
| 11/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.15 | | 6,251.19 |
| 12/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.16 | | 6,251.35 |
| 01/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.16 | | 6,251.51 |

Page Subtotals                     6,251.51                     0.00

Ver: 17.01

Page: 3
Exhibit 9

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 08-24279 -JBS | | Trustee Name: | N. Neville Reid |
| Case Name: | HUCZEK JR, FRANK R | | Bank Name: | BANK OF AMERICA, N.A. |
| | HUCZEK, KATHLEEN M | | Account Number / CD #: | ******6783  Money Market Account (Interest Earn |
| Taxpayer ID No: | ******0611 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| For Period Ending: | 01/22/13 | | Separate Bond (if applicable): | |

| 1<br>Transaction<br>Date | 2<br>Check or<br>Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform<br>Tran. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD<br>Balance ($) |
|---|---|---|---|---|---|---|---|
| 02/28/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 6,251.56 |
| 03/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 6,251.61 |
| 04/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 6,251.66 |
| 05/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 6,251.71 |
| 06/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 6,251.76 |
| 07/29/11 | INT | BANK OF AMERICA, N.A | Interest Rate 0.010 | 1270-000 | 0.05 | | 6,251.81 |
| 08/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.06 | | 6,251.87 |
| 09/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 6,251.92 |
| 10/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 6,251.97 |
| 11/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 6,252.02 |
| 12/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 6,252.07 |
| 01/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 6,252.12 |
| 02/15/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.02 | | 6,252.14 |
| 02/15/12 | | Transfer to Acct #******7070 | Final Posting Transfer | 9999-000 | | 6,252.14 | 0.00 |
| | | | Page Subtotals | | 0.63 | 6,252.14 | |

LFORM24   **UST Form 101-7-TDR (5/1/2011)** (Page: 16)

Ver: 17.01

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 4
Exhibit 9

| Case No: | 08-24279 -JBS |
| Case Name: | HUCZEK, JR, FRANK R |
| | HUCZEK, KATHLEEN M |
| Taxpayer ID No: | *******0611 |
| For Period Ending: | 01/22/13 |

| Trustee Name: | N. Neville Reid |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******6783 Money Market Account (Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | | | 0.00 |
| | | | COLUMN TOTALS | | 6,252.14 | 6,252.14 | |
| | | | Less: Bank Transfers/CD's | | 0.00 | 6,252.14 | |
| | | | Subtotal | | 6,252.14 | 0.00 | |
| | | | Less: Payments to Debtors | | 0.00 | 0.00 | |
| | | | Net | | 6,252.14 | 0.00 | |

Page Subtotals                        0.00        0.00

Ver: 17.01

LFORM24  UST Form 101-7-TDR (5/1/2011) (Page: 17)

FORM 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 5
Exhibit 9

Case No: 08-24279 -JBS
Case Name: HUCZEK JR, FRANK R
HUCZEK, KATHLEEN M
Taxpayer ID No: *******0611
For Period Ending: 01/22/13

Trustee Name: N. Neville Reid
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: ******7070 BofA - Checking Account

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/15/12 | | Transfer from Acct #******6783 | Transfer In From MMA Account | 9999-000 | 6,252.14 | | 6,252.14 |
| 05/02/12 | 003001 | International Sureties, Ltd. Suite 420 701 Poydras St. New Orleans, LA 70139 | Blanket Bond Disbursement Premium | 2300-000 | | 2.88 | 6,249.26 |
| 08/07/12 | 003002 | N. Neville Reid as Trustee 200 West Madison Street CHICAGO, IL 60606 | Chapter 7 Compensation/Expense | 2100-000 | | 1,375.21 | 4,874.05 |
| * 08/07/12 | 003003 | Atlantic Credit & Finance Inc. c/o Blitt and Gaines P.C. 661 Glenn Ave Wheeling, IL 60090 | Claim 000001, Payment 8.24389% | 7100-003 | | 315.37 | 4,558.68 |
| 08/07/12 | 003004 | Credit First Po Box 818011 Cleveland, OH 44181 | Claim 000002, Payment 8.24272% | 7100-000 | | 21.68 | 4,537.00 |
| 08/07/12 | 003005 | Household Finance Corporation III Pob 21188 Eagan MN 55121 | Claim 000003, Payment 8.24403% | 7100-000 | | 2,570.40 | 1,966.60 |
| 08/07/12 | 003006 | TARGET NATIONAL BANK C O WEINSTEIN AND RILEY, PS 2001 WESTERN AVENUE, STE 400 | Claim 000005, Payment 8.243599% | 7100-000 | | 406.31 | 1,560.29 |
| | | | Page Subtotals | | 6,252.14 | 4,691.85 | |

LFORM24   UST Form 101-7-TDR (5/1/2011) (Page: 18)

Ver: 17.01

Page: 6

Exhibit 9

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 08-24279 -JBS
Case Name: HUCZEK JR, FRANK R
HUCZEK, KATHLEEN M
Taxpayer ID No: *******0611
For Period Ending: 01/22/13

Trustee Name: N. Neville Reid
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: ******7070 BofA - Checking Account
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | SEATTLE, WA 98121 | | | | | 1,027.87 |
| 08/07/12 | 003007 | Jefferson Capital Systems LLC PO Box 7999 SAINT CLOUD MN 56302-9617 | Claim 000006, Payment 8.24394% | 7100-000 | | 532.42 | |
| 08/07/12 | 003008 | Roundup Funding, LLC MS 550 PO Box 91121 Seatle, WA 98111-9221 | Claim 000007, Payment 8.24393% | 7100-000 | | 113.72 | 914.15 |
| 08/07/12 | 003009 | eCAST Settlement Corporation assignee of Citibank USA NA HOME DEPOT POB 35480 Newark NJ 07193-5480 | Claim 000009, Payment 8.24408% | 7100-000 | | 95.52 | 818.63 |
| 08/07/12 | 003010 | Jefferson Capital Systems LLC PO Box 7999 SAINT CLOUD MN 56302-9617 | Claim 000010, Payment 8.24438% | 7100-000 | | 46.96 | 771.67 |
| 08/07/12 | 003011 | eCAST Settlement Corporation POB 35480 Newark, NJ 07193-5480 | Claim 000011, Payment 8.24403% | 7100-000 | | 707.77 | 63.90 |
| 08/07/12 | 003012 | Jefferson Capital Systems LLC PO BOX 7999 SAINT CLOUD MN 56302-9617 | Claim 000012, Payment 8.24385% | 7100-000 | | 50.44 | 13.46 |
| 08/07/12 | 003013 | Nicor Gas | Claim 000014, Payment 8.24603% | 7100-000 | | 13.46 | 0.00 |
| | | | | Page Subtotals | 0.00 | 1,560.29 | |

UST Form 101-7-TDR (5/1/2011) (Page: 19)

LFORM24

Ver: 17.01

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page:  7

Exhibit 9

| Case No: | 08-24279 -JBS | | | | Trustee Name: | N. Neville Reid | |
| Case Name: | HUCZEK JR, FRANK R | | | | Bank Name: | BANK OF AMERICA, N.A. | |
| | HUCZEK, KATHLEEN M | | | | Account Number / CD #: | *******7070  BofA - Checking Account | |
| Taxpayer ID No.: | *******0611 | | | | Blanket Bond (per case limit): | $  5,000,000.00 | |
| For Period Ending: | 01/22/13 | | | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/15/12 | 003003 | Atlantic Credit & Finance Inc. c/o Blitt and Gaines P.C. 661 Glenn Ave Wheeling, IL 60090 | Claim 000001, Payment 8.24389% See email of 11/15/12 to K. Goin & N. Reid.  Check to be reissued by BofA to be deposited into Associated Bank account. | 7100-003 | | -315.37 | 315.37 |
| | | PO Box 549 Aurora IL 60507 | | | | | |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | 6,252.14 | 315.37 |
| Less:  Bank Transfers/CD's | | 6,252.14 | 0.00 |
| Subtotal | | 0.00 | 5,936.77 |
| Less:  Payments to Debtors | | 0.00 | 0.00 |
| Net | | 0.00 | 5,936.77 |

| Page Subtotals | 0.00 | -315.37 |
|---|---|---|

Ver: 17.01

Page: 8
Exhibit 9

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 08-24279 -JBS |
| Case Name: | HUCZEK JR, FRANK R |
| | HUCZEK, KATHLEEN M |
| Taxpayer ID No: | *******0611 |
| For Period Ending: | 01/22/13 |

| Trustee Name: | N. Neville Reid |
| Bank Name: | BANK OF AMERICA, N.A |
| Account Number / CD #: | ******3596  BofA - Checking Account |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 0.00 | 0.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 0.00 | 0.00 | |
| Less: Payments to Debtors | 0.00 | 0.00 | |
| Net | 0.00 | 0.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account (Non-Interest Earn - *******3679 | 315.37 | 315.37 | 0.00 |
| Money Market Account (Interest Earn - *******6783 | 6,252.14 | 0.00 | 0.00 |
| BofA - Checking Account - *******7070 | 0.00 | 5,936.77 | 315.38 |
| BofA - Checking Account - *******3596 | 0.00 | 0.00 | 315.37 |
| | 6,567.51 | 6,252.14 | 315.37 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

| | | | |
|---|---|---|---|
| Page Subtotals | 0.00 | 0.00 | |

Ver: 17.01



*111019993*
05/08/2012
6292454761

This is a LEGAL COPY of your
check. You can use it the same
way you would use the original
check

*2807794*
*1*
*1883*
*00002-00767*

Blanket Bond Disbursement Premium

**BANK OF AMERICA, N.A.**

CHECK NUMBER
**3001**

32-1/1110 TX
0

N. Neville Reid
200 West Madison Street
Chicago, IL 60606

DATE          AMOUNT

05/02/12    **********2.88

2572289

CASE NUMBER          ESTATE OF

08-24279   JBS   Debtor: HUCZEK JR, FRANK R
Joint Debtor: HUCZEK, KATHLEEN M

PAY TO THE ORDER OF

International Sureties, Ltd.
Suite 420
701 Poydras St.
New Orleans, LA 70139

*Two Dollars And 88/100*

RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

⑈003001⑈ ⑈111000012⑈ 3756187070⑈

⑈003001⑈ 4⑈111000012⑈          ⑈3756187070⑈ ⑈0000000288⑈



Do not endorse or write below this line



*111019993*
08/09/2012
9692174089

This is a LEGAL COPY of your check. You can use it the same way you would use the original check

*85378819*
*1*
*372*
*00001-00745*

Chapter 7 Compensation/Expense

BANK OF AMERICA, N.A.

52-1/1110 TX

CHECK NUMBER

3002

N. Neville Reid
200 West Madison Street
Chicago, IL 60606

| DATE | AMOUNT |
|------|--------|
| 08/07/12 | *******1,375.21 |

2572348

PAY TO THE ORDER OF

N. Neville Reid as Trustee
200 West Madison Street
CHICAGO, IL 60606

| CASE NUMBER | | ESTATE OF |
|-------------|---|-----------|
| 08-24279 | JBS | Debtor HUCZEK JR, FRANK R |
| | | Joint Debtor HUCZEK, KATHLEEN M |

One Thousand Three Hundred Seventy Five Dollars And 21/100

RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

⑈003002⑈ ⑆111000012⑆ 3756187070⑈

⑈003002⑈ ⑆111000012⑆ ⑈3756187070⑈ ⑈000013752⑈

Credited to Acct
1493579519b
Return Acct 1493579519b

PAY TO THE ORDER OF
USBANK

FOR DEPOSIT ONLY
FUCHS, ROTH, STREET, LEVIN
& CARROLL, LLP
1993579519b

↓Do not endorse or write below this line↓



N. Neville Reid
200 West Madison Street
Chicago, IL 60606
(312) 224.1200

Unclaimed Funds of Atlantic Credit
& Finance, Inc.

**CHECK NUMBER**
**300001**

| DATE | AMOUNT |
|------|--------|
| 12/10/12 | $*********315.37 |

| CASE NUMBER | ESTATE OF |
|-------------|-----------|
| 08-24279 JBS | Debtor: HUCZEK JR, FRANK R |
| | Joint Debtor: HUCZEK, KATHLEEN M |

**PAY TO THE ORDER OF**

Clerk of the Bankruptcy Court
219 South Dearborn Street, Room 713
Chicago, IL 60604

*Three Hundred Fifteen Dollars And 37/100*

THIS CHECK VOID AFTER 90 DAYS

⑈300001⑈ ⑆075900575⑆ 222327367⑈

ENDORSE HERE

X

PAY ANY FEDERAL RESERVE BANK
OR GENERAL DEPOSITORY
FOR RE-POST TO
UNITED STATES TREASURY



This is a LEGAL COPY of your
check. You can use it the same
way you would use the original
check

Claim 000002, Payment 8.24272%

BANK OF AMERICA, N.A.    CHECK NUMBER
32-1/1110 TX                **3004**

N. Neville Reid
200 West Madison Street
Chicago, IL 60606

DATE              AMOUNT
08/07/12    *********21.68

CASE NUMBER          ESTATE OF
08-24279    JBS    Debtor: HUCZEK JR, FRANK R
Joint Debtor: HUCZEK, KATHLEEN M

2572350
PAY TO THE ORDER OF

Credit First
Po Box 818011
Cleveland, OH 44181

Twenty One Dollars And 68/100

RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

ENDORSE CHECK HERE

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

↓Do not endorse or write below this line↓



*110199993*
08/21/2012
6792467880

This is a LEGAL COPY of your check. You can use it the same way you would use the original check

*76965495*
*1*
*197*
*00001-00395*

Claim 000003, Payment 8.24403%    1694838-2

**BANK OF AMERICA, N.A.**

N. Neville Reid
200 West Madison Street
Chicago, IL 60606

CHECK NUMBER
**3005**

58-1/1110 TX

DATE    AMOUNT
08/07/12    ********2,570.40

2572351
PAY TO THE ORDER OF

Household Finance Corporation III
Pob 21188
Eagan MN 55121

| CASE NUMBER | ESTATE OF |
|---|---|
| 08-24279    JBS | Debtor: HUCZEK JR, FRANK R |
| | Joint Debtor: HUCZEK, KATHLEEN M |

Two Thousand Five Hundred Seventy Dollars And 40/100

AUG 15 2012

By

RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

⑈003005⑈ ⑈111000012⑈ 3756187070⑈

⑈003005⑈ 4⑈111000012⑈ ⑈3756187070⑈ ⑈0000257040⑈



FOR DEPOSIT ONLY
HSBC Consumer Lending (USA) Inc.
HSBC Bank USA, N.A. - RMS RDC
0018471172

↓Do not endorse or write below this line↓

*111019993*
08/14/2012
9092784168

This is a LEGAL COPY of your check. You can use it the same way you would use the original check

*15358055*
*1*
*1370*
*00001-00741*

0000076&513295  08/13/2012
(121205278)  08/13/2012

Claim 000005, Payment 8.24399%

**BANK OF AMERICA, N.A.**    CHECK NUMBER
52-17110 TX    **3006**
0

N. Neville Reid
200 West Madison Street
Chicago, IL 60606

| DATE | AMOUNT |
|---|---|
| 08/07/12 | *********406.31 |

2572352

PAY TO THE ORDER OF

TARGET NATIONAL BANK
C O WEINSTEIN AND RILEY, PS
2001 WESTERN AVENUE, STE 400
SEATTLE, WA 98121

| CASE NUMBER | | ESTATE OF |
|---|---|---|
| 08-24279 | JDS | Debtor: HUCZEK JR, FRANK R |
| | | Joint Debtor: HUCZEK, KATHLEEN M |

*Four Hundred Six Dollars And 31/100*

RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

⑈003006⑈ ⑆111000012⑆ 3756187070⑈

⑈003006⑈ ⑆111000012⑆ ⑈3756187070⑈ ⑈000004063⑈

(121205278< 080/13/2012
0000076&513295  2012/13/2012

DO NOT WRITE STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

X

CREDIT TO THE ACCT OF THE
NAMED PAYEE C/O THE INVOICE
WELLS FARGO BANK N.A.
TUSTELA WA 98188
Acct# 9916375291
TrnClmt=103574
Date: 20120813

111022821  08/13/2012
9092784168  2012/13/2012

US DATE 08/13/12
033 E    C 148 GF

↓Do not endorse or write below this line↓



*111019993*
08/15/2012
9392428327

This is a LEGAL COPY of your check. You can use it the same way you would use the original check

*25861522*
*1*
*868*
*00001-00737*

Claim 000006, Payment 8.24394%

**BANK OF AMERICA, N.A.**

CHECK NUMBER
**3007**

N. Neville Reid
200 West Madison Street
Chicago, IL 60606

DATE    AMOUNT
08/07/12    *********532.42

2572353
PAY TO THE ORDER OF

CASE NUMBER    ESTATE OF
08-24279    JBS    Debtor: HUCZEK JR, FRANK R
Joint Debtor: HUCZEK, KATHLEEN M

Jefferson Capital Systems LLC
PO BOX 7999
SAINT CLOUD MN 56302-9617

Five Hundred Thirty Two Dollars And 42/100

RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

⑅003007⑅ ⑈111000012⑈ 375618 7070⑅

⑅003007⑅ ⑈111000012⑈ 375618 7070⑅ ⑅000005 3 24 2⑅



↓Do not endorse or write below this line↓



*111019993*
08/21/2012
9092234891

This is a LEGAL COPY of your check. You can use it the same way you would use the original check

*76965495*
*1*
*1353*
*00001-00707*

Claim 000007, Payment 8.24393%

**BANK OF AMERICA, N.A.**    CHECK NUMBER

N. Neville Reid    32-1/1110  TX    **3008**
200 West Madison Street    0
Chicago, IL 60606

DATE    AMOUNT

08/07/12    ********113.72

2572354
PAY TO THE ORDER OF

Roundup Funding, LLC
MS 550
PO Box 91121
Seattle, WA 98111-9221

| CASE NUMBER | | ESTATE OF |
|---|---|---|
| 08-24279 | JBS | Debtor: HUCZEK JR, FRANK R |
| | | Joint Debtor: HUCZEK, KATHLEEN M |

*One Hundred Thirteen Dollars And 72/100*

RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

⑊"003008"⑊ ⑊:111000012⑊: 375618707 0"

⑊"003008"⑊ 4:111000012:⑊ ⑊"3756187070"⑊ ⑊"0000011372"⑊



↓Do not endorse or write below this line↓



*111019993*
08/11/2012
9992662531

This is a LEGAL COPY of your check. You can use it the same way you would use the original check

*77873999*
*1*
*869*
*00001-00739*

Overnight
Claim 000009, Payment 8.24408%

N. Neville Reid
200 West Madison Street
Chicago, IL 60606

BANK OF AMERICA, N.A.    CHECK NUMBER
3009

DATE    AMOUNT
08/07/12    **********95.52

2572355
PAY TO THE ORDER OF

| CASE NUMBER | | ESTATE OF |
| --- | --- | --- |
| 08-24279 | JBS | Debtor: HUCZEK JR, FRANK R |
| | | Joint Debtor: HUCZEK, KATHLEEN M |

eCAST Settlement Corporation,assignee of
Citibank USA NA HOME DEPOT
POB 35480
Newark NJ 07193-5480

Ninety Five Dollars And 52/100

RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

⑆003009⑆ ⑈111000012⑈ 375618707⑆ ⑇000000955 2⑈

⑆3009⑆ ⑈111000012⑈ ⑆375618707⑆ ⑇000000955 2⑈



JPMORGANCHASE BK NA       CR TO NMD
08/10/12    >074909982<    PAYEE ALL
159 10319       0035480       RTS RSVD
000 51425    259    0000000065909783

↓Do not endorse or write below this line↓



*111019993*
08/15/2012
9392428328

This is a LEGAL COPY of your check. You can use it the same way you would use the original check

*25861522*
*1*
*654*
*00001-00309*

Claim 000010, Payment 8.24438%

**BANK OF AMERICA, N.A.**    CHECK NUMBER
**3010**

N. Neville Reid
200 West Madison Street
Chicago, IL 60606

DATE    AMOUNT
08/07/12    **********46.96

2572356

PAY TO THE ORDER OF

CASE NUMBER    ESTATE OF
08-24279    JBS    Debtor: HUCZEK JR, FRANK R
Joint Debtor: HUCZEK, KATHLEEN M

Jefferson Capital Systems LLC
PO BOX 7999
SAINT CLOUD MN 56302-9617

*Forty Six Dollars And 96/100*

RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

⑈003010⑈ ⑆211000012⑆ 3756187070⑈

⑈003010⑈ ⑆211000012⑆    ⑈3756187070⑈ ⑈0000004696⑈



↓Do not endorse or write below this line↓



*111019993*
08/11/2012
9992534976

This is a LEGAL COPY of your check. You can use it the same way you would use the original check

*77873999*
*1*
*823*
*00001-00647*

Overnight

Claim 000011, Payment 8.24403%

N. Neville Reid
200 West Madison Street
Chicago, IL 60606

BANK OF AMERICA, N.A.

CHECK NUMBER
3011

DATE
08/07/12

AMOUNT
*********707.77

2572357
PAY TO THE ORDER OF
eCAST Settlement Corporation
POB 35480
Newark, NJ 07193-5480

CASE NUMBER
08-24279    JBS

ESTATE OF
Debtor: HUCZEK JR, FRANK R
Joint Debtor: HUCZEK, KATHLEEN M

Seven Hundred Seven Dollars And 77/100

RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

⑈003011⑈ ⑆111000012⑆ 375618 7070⑈ ⑆000007077⑈

⑈3011⑈ ⑆111000012⑆    ⑈375618 7070⑈ ⑆00007077⑈

JPMORGANCHASE BK NA        CR TO NMD
08/09/12    >074909962<    PAYEE ALL
15910519        0035480    RTS RSVD
0005425    258    0000000066909783

↓Do not endorse or write below this line↓



This is a LEGAL COPY of your check. You can use it the same way you would use the original check

*111019993*
08/15/2012
9392428326

*25861522*
*1*
*981*
*00001-00963*

Claim 000012, Payment 8.24385%

**BANK OF AMERICA, N.A.**    CHECK NUMBER

**3012**

N. Neville Reid
200 West Madison Street
Chicago, IL 60606

DATE    AMOUNT

08/07/12    *********50.44

2572358
PAY TO THE ORDER OF

*Jefferson Capital Systems LLC*
PO BOX 7999
SAINT CLOUD MN 56302-9617

| CASE NUMBER | | ESTATE OF |
| --- | --- | --- |
| 08-24279 | JBS | Debtor: HUCZEK JR, FRANK R |
| | | Joint Debtor: HUCZEK, KATHLEEN M |

*Fifty Dollars And 44/100*

RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

"003012"  ":111000012":  3756187070"

"003012"  ":111000012":  "3756187070"  "000000 5044"



↓Do not endorse or write below this line↓



*111019993*
08/18/2012
9992569024

This is a LEGAL COPY of your check. You can use it the same way you would use the original check

*84427777*
*1*
*639*
*00001-00307*

Claim 000014, Payment 8.24603%

BANK OF AMERICA, N.A.

CHECK NUMBER
**3013**

N. Neville Reid
200 West Madison Street
Chicago, IL 60606

32-1/1110 TX
0

DATE        AMOUNT
08/07/12    **********13.46

2572359
PAY TO THE ORDER OF

Nicor Gas
PO Box 549
Aurora IL 60507

| CASE NUMBER | | ESTATE OF |
| --- | --- | --- |
| 08-24279 | JBS | Debtor: HUCZEK JR, FRANK R |
| | | Joint Debtor: HUCZEK, KATHLEEN M |

353664931  1297480446466  1315  25

Thirteen Dollars And 46/100

RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

⑃"003013"⑃ ⑃:111000012: 3756187070" ⑃"000000 1346"⑃

⑃"003013"⑃ 4:111000012: ⑃"3756187070"⑃ ⑃"000000 1346"⑃



65002600

NORTHERN TRUST
CHICAGO, IL

353664931  08-17-12

071000152
NI-GAS
NORTHERN
TRUST BANK
CHICAGO, IL
071000152

↓Do not endorse or write below this line↓