# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
### DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| HUCZEK JR, FRANK R | § | Case No. 08-24279 |
| HUCZEK, KATHLEEN M | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    N. Neville Reid, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: <br> *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged <br> Without Payment: |
| Total Expenses of Administration: | |

    3) Total gross receipts of $       (see **Exhibit 1**), minus funds paid to the debtor and third parties of $    (see **Exhibit 2**), yielded net receipts of $      from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4)  This case was originally filed under chapter     on            , and it was converted to chapter 7 on            .  The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/N. Neville Reid _____

Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| **TOTAL GROSS RECEIPTS** | | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Cook County Treasurer PO Box 4468 Carol Stream, IL 60197-4468 | | | | | |
| | Hsbc/rs PO Box 15522 Wilmington, DE 19850 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Litton Loan<br>PO Box 4387<br>Houston, TX 77210 | | | | | |
| | Village of Streamwood<br>Water Billing Department<br>301 E. Irving Park Road<br>Streamwood, IL 60107 | | | | | |
| | Washington Mutual Mortgage<br>Attn: Bankruptcy Dept. JAXA 2035<br>7255 Bay Meadows Way<br>Jacksonville, FL 32256 | | | | | |
| | Weatherguard<br>1300 A. Remington Road<br>Schaumburg, IL 60173 | | | | | |
| 000004 | JPMORGAN CHASE | | | | | |
| 000008 | MORTGAGE EELCTRONIC REISTRATION SYS | | | | | |
| 000013 | COOK COUNTY TREASURER | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N. NEVILLE REID AS TRUSTEE | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| CLERK OF THE BANKRUPTCY COURT | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AT&T<br>PO Box 5014<br>Carol Stream, IL 60197 | | | | | |
| | AT&T<br>Post Office Box 8100<br>Aurora, IL 60507 | | | | | |
| | AT&T<br>PO Box 5014<br>Carol Stream, IL 60197 | | | | | |
| | Armor Systems Co<br>1700 Kiefer Dr<br>Suite 1<br>Zion, IL 60099 | | | | | |
| | Bank of America<br>POB 17054<br>Wilmington, DE 19884 | | | | | |
| | Capital One<br>PO Box 60067<br>City Of Industry, CA 91716-0067 | | | | | |
| | Check Into Cash of Illinois<br>104 N. Barrington<br>Streamwood, IL 60107 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Check Into Cash of Illinois<br>104 N. Barrington Road<br>Streamwood, IL 60107 | | | | | |
| | Citibank USA<br>Attn: Centralized Bankruptcy<br>PO Box 20507<br>Kansas City, MO 64195 | | | | | |
| | Commonwealth Edison<br>Attn: Bankruptcy Department<br>2100 Swift Drive<br>Oak Brook, IL 60523 | | | | | |
| | Credit First<br>PO Box 818011<br>Cleveland, OH 44181 | | | | | |
| | Credit First N.A.<br>PO Box 81344<br>Cleveland, OH 44188 | | | | | |
| | Credit Protect Assoc.<br>PO Box 802068<br>Dallas, TX 75380 | | | | | |
| | Daniel N. Uditsky, D.D.S.<br>650 E. Higgins Road<br>Suite 7 East<br>Schaumburg, IL 60173 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | First Card/Chase USA Card Member Services PO Box 15298 Wilmington, DE 19850 | | | | | |
| | GEMB/HH Gregg Attention: Bankruptcy PO Box 103106 Roswell, GA 30076 | | | | | |
| | ICS, Inc. PO Box 1010 Tinley Park, IL 60477 | | | | | |
| | MEA-AEA, LLC PO Box 366 Hinsdale, IL 60522 | | | | | |
| | Malcolm S. Gerald and Associates 332 South Michigan Ave. Suite 600 Chicago, IL 60604 | | | | | |
| | NCO Financial Systems, Inc. PO Box 4909 Dept. 22 Trenton, NJ 08650 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Nicor<br>PO Box 416<br>Aurora, IL 60568-0001 | | | | | |
| | Nicor Gas<br>Attention: Bankruptcy<br>Department<br>1844 Ferry Road<br>Naperville, IL 60507 | | | | | |
| | RMS<br>4836 Brecksville Road<br>PO Box 523<br>Richfield, OH 44286 | | | | | |
| | Ronal Liss, D.D.S.<br>Oral and Maxilloficial Surgery<br>1000 Grand Canyon Pkwy.<br>#106<br>Hoffman Estates, IL 60169 | | | | | |
| | Sprint<br>PO Box 6419<br>Carol Stream, IL 60197 | | | | | |
| | State Farm Insurance<br>Company<br>2702 Ireland Grove Road<br>Bloomington, IL 61709 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Target N.b. PO Box 673 Minneapolis, MN 55440 |  |  |  |  |  |
|  | Terminix 1550 Burgundy Pkwy Streamwood, IL 60107 |  |  |  |  |  |
|  | Union Plus Credit Card PO Box 17051 Balltimore, MD 21297 |  |  |  |  |  |
| 000001 | ATLANTIC CREDIT & FINANCE INC. |  |  |  |  |  |
| 000002 | CREDIT FIRST |  |  |  |  |  |
| 000011 | ECAST SETTLEMENT CORPORATION |  |  |  |  |  |
| 000009 | ECAST SETTLEMENT CORPORATION ASSIGN |  |  |  |  |  |
| 000003 | HOUSEHOLD FINANCE CORPORATION III |  |  |  |  |  |
| 000006 | JEFFERSON CAPITAL SYSTEMS |  |  |  |  |  |
| 000010 | JEFFERSON CAPITAL SYSTEMS LLC |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000012 | JEFFERSON CAPITAL SYSTEMS LLC | | | | | |
| 000014 | NICOR GAS | | | | | |
| 000007 | ROUNDUP FUNDING, LLC | | | | | |
| 000005 | TARGET NATIONAL BANK | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 08-24279 JBS Judge: JACK B. SCHMETTERER |
|---|---|
| Case Name: | HUCZEK JR, FRANK R |
| | HUCZEK, KATHLEEN M |
| For Period Ending: | 03/31/13 |

| Trustee Name: | N. Neville Reid |
|---|---|
| Date Filed (f) or Converted (c): | 07/24/09 (c) |
| 341(a) Meeting Date: | 09/03/09 |
| Claims Bar Date: | 06/01/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. PERSONAL INJURY (u) | 0.00 | 0.00 | | 6,249.76 | FA |
| 2. REAL ESTATE 1419 N. Green Meadows, Streamwood, IL | 260,000.00 | 0.00 | | 0.00 | FA |
| 3. REAL ESTATE 2060 Sycamore Ave., Hanover Park, IL (1/2 interest) | 300,000.00 | 0.00 | | 0.00 | FA |
| 4. CHECKING | 838.00 | 0.00 | | 0.00 | FA |
| 5. SECURITY DEPOSIT | 150.00 | 0.00 | | 0.00 | FA |
| 6. FURNISHINGS | 3,000.00 | 0.00 | | 0.00 | FA |
| 7. CLOTHING | 1,500.00 | 0.00 | | 0.00 | FA |
| 8. WHOLE LIFE INS. | 200.00 | 0.00 | | 0.00 | FA |
| 9. TERM LIFE INS. | 0.00 | 0.00 | | 0.00 | FA |
| 10. PENSION PLAN (All-State) | 35,000.00 | 0.00 | | 0.00 | FA |
| 11. PENSION PLAN (Sears) | 10,000.00 | 0.00 | | 0.00 | FA |
| 12. AUTOMOBILE | 4,625.00 | 0.00 | | 0.00 | FA |
| 13. 401K (Prudential) | 0.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 2.38 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $615,313.00 | $0.00 | | $6,252.14 | $0.00 |
|---|---|---|---|---|---|

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

9-17-12 - Blitt and Gaines - returned our check made payable to Atlantic Credit $315.37 saying unable to accept check.

9-14-12 Waiting for Check to Atlantic Credit & Finance Co. to be cashed $315.37. Then do TDR

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:   2

Exhibit 8

| | |
|---|---|
| Case No.: | 08-24279    JBS   Judge: JACK B. SCHMETTERER |
| Case Name: | HUCZEK JR, FRANK R |
| | HUCZEK, KATHLEEN M |

| | |
|---|---|
| Trustee Name: | N. Neville Reid |
| Date Filed (f) or Converted (c): | 07/24/09 (c) |
| 341(a) Meeting Date: | 09/03/09 |
| Claims Bar Date: | 06/01/10 |

6/1/12 TFR filed,waiting for Order from UST approving TFR (mid-July)

1/27/12: Judge Schmetterer disallowed Claim 13-1 (Cook County Treasurer) in the Huczek case 1-26-12.  On Jan 26 2012
Judge heard Trustee's motion seeking  bifurcation of secured claim of Household Finance (Cliam 3-1) related to its
second mortgage , into $0 secured claim and claim balance as unsecured claim. Judge took motion under advisement on
valuation issue. Expect ruling by Feb 15. Upon ruling Trustee will file TFR as there is no further action required to
administer the case. No legal fees in this case and projected dividend to unsecured creditors should be approximately
7%.

Initial Projected Date of Final Report (TFR): 12/31/10          Current Projected Date of Final Report (TFR): 03/31/12

FORM 2                                                                                          Page:   1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 08-24279  -JBS |
| Case Name: | HUCZEK JR, FRANK R |
| | HUCZEK, KATHLEEN M |
| Taxpayer ID No: | *******0611 |
| For Period Ending: | 03/31/13 |

| | |
|---|---|
| Trustee Name: | N. Neville Reid |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******3679  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/06/12 | | Bank of America, N.A. | BoA Account Closeout | 9999-000 | 315.37 | | 315.37 |
| | | Phoenix, Arizona | | | | | |
| | | Deposit Services | | | | | |
| | | 318-0005594  CW | | | | | |
| 12/10/12 | 300001 | Clerk of the Bankruptcy Court | Unclaimed Funds of Atlantic Credit | 2990-000 | | 315.37 | 0.00 |
| | | 219 South Dearborn Street, Room 713 | & Finance, Inc. | | | | |
| | | Chicago, IL  60604 | | | | | |

|  | | | |
|---|---|---|---|
| COLUMN TOTALS | 315.37 | 315.37 | 0.00 |
| Less:  Bank Transfers/CD's | 315.37 | 0.00 | |
| Subtotal | 0.00 | 315.37 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 0.00 | 315.37 | |

Page Subtotals                    315.37              315.37

Ver: 17.01

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit 9

| Case No: | 08-24279 -JBS |
|---|---|
| Case Name: | HUCZEK JR, FRANK R |
| | HUCZEK, KATHLEEN M |
| Taxpayer ID No: | *******0611 |
| For Period Ending: | 03/31/13 |

| Trustee Name: | N. Neville Reid |
|---|---|
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******6783 Money Market Account (Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/15/10 | 1 | Zachary K. Sims, PC<br>2400 Ravine Way, Suite 200<br>Glenview, IL  60025 | Settlement Funds | 1242-000 | 6,249.76 | | 6,249.76 |
| 02/26/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.04 | | 6,249.80 |
| 03/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.16 | | 6,249.96 |
| 04/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.15 | | 6,250.11 |
| 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.15 | | 6,250.26 |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.16 | | 6,250.42 |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.15 | | 6,250.57 |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.16 | | 6,250.73 |
| 09/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.15 | | 6,250.88 |
| 10/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.16 | | 6,251.04 |
| 11/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.15 | | 6,251.19 |
| 12/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.16 | | 6,251.35 |
| 01/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.16 | | 6,251.51 |
| 02/28/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 6,251.56 |
| 03/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 6,251.61 |
| 04/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 6,251.66 |
| 05/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 6,251.71 |
| 06/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 6,251.76 |
| 07/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 6,251.81 |
| 08/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.06 | | 6,251.87 |
| 09/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 6,251.92 |
| 10/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 6,251.97 |
| 11/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 6,252.02 |
| 12/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 6,252.07 |
| 01/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 6,252.12 |
| 02/15/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.02 | | 6,252.14 |

Page Subtotals    6,252.14    0.00

Ver: 17.01

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 15)*

FORM 2                                                                                    Page:    3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                Exhibit 9

| Case No: | 08-24279  -JBS | | Trustee Name: | N. Neville Reid |
|---|---|---|---|---|
| Case Name: | HUCZEK JR, FRANK R | | Bank Name: | BANK OF AMERICA, N.A. |
| | HUCZEK, KATHLEEN M | | Account Number / CD #: | *******6783  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******0611 | | | |
| For Period Ending: | 03/31/13 | | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/15/12 | | Transfer to Acct #*******7070 | Final Posting Transfer | 9999-000 | | 6,252.14 | 0.00 |

|  | | | |
|---|---|---|---|
| COLUMN TOTALS | | 6,252.14 | 6,252.14 | 0.00 |
| Less:  Bank Transfers/CD's | | 0.00 | 6,252.14 | |
| Subtotal | | 6,252.14 | 0.00 | |
| Less:  Payments to Debtors | | | 0.00 | |
| Net | | 6,252.14 | 0.00 | |

Page Subtotals            0.00            6,252.14

Ver: 17.01

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 16)*

FORM 2

Page: 4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 08-24279 -JBS | | Trustee Name: | N. Neville Reid |
| Case Name: | HUCZEK JR, FRANK R | | Bank Name: | BANK OF AMERICA, N.A. |
| | HUCZEK, KATHLEEN M | | Account Number / CD #: | *******7070  BofA - Checking Account |
| Taxpayer ID No: | *******0611 | | | |
| For Period Ending: | 03/31/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/15/12 | | Transfer from Acct #*******6783 | Transfer In From MMA Account | 9999-000 | 6,252.14 | | 6,252.14 |
| 05/02/12 | 003001 | International Sureties, Ltd. | Blanket Bond Disbursement Premium | 2300-000 | | 2.88 | 6,249.26 |
| | | Suite 420 | | | | | |
| | | 701 Poydras St. | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 08/07/12 | 003002 | N. Neville Reid as Trustee | Chapter 7 Compensation/Expense | 2100-000 | | 1,375.21 | 4,874.05 |
| | | 200 West Madison Street | | | | | |
| | | CHICAGO, IL  60606 | | | | | |
| * 08/07/12 | 003003 | Atlantic Credit & Finance Inc. | Claim 000001, Payment 8.24389% | 7100-003 | | 315.37 | 4,558.68 |
| | | c/o Blitt and Gaines P.C. | | | | | |
| | | 661 Glenn Ave | | | | | |
| | | Wheeling, IL 60090 | | | | | |
| 08/07/12 | 003004 | Credit First | Claim 000002, Payment 8.24272% | 7100-000 | | 21.68 | 4,537.00 |
| | | Po Box 818011 | | | | | |
| | | Cleveland, OH 44181 | | | | | |
| 08/07/12 | 003005 | Household Finance Corporation III | Claim 000003, Payment 8.24403% | 7100-000 | | 2,570.40 | 1,966.60 |
| | | Pob 21188 | | | | | |
| | | Eagan MN 55121 | | | | | |
| 08/07/12 | 003006 | TARGET NATIONAL BANK | Claim 000005, Payment 8.24399% | 7100-000 | | 406.31 | 1,560.29 |
| | | C O WEINSTEIN AND RILEY, PS | | | | | |
| | | 2001 WESTERN AVENUE, STE 400 | | | | | |
| | | SEATTLE, WA 98121 | | | | | |
| 08/07/12 | 003007 | Jefferson Capital Systems LLC | Claim 000006, Payment 8.24394% | 7100-000 | | 532.42 | 1,027.87 |
| | | PO BOX 7999 | | | | | |
| | | SAINT CLOUD MN 56302-9617 | | | | | |
| 08/07/12 | 003008 | Roundup Funding, LLC | Claim 000007, Payment 8.24393% | 7100-000 | | 113.72 | 914.15 |
| | | MS 550 | | | | | |
| | | PO Box 91121 | | | | | |
| | | Seattle, WA 98111-9221 | | | | | |

| | | | Page Subtotals | | 6,252.14 | 5,337.99 | |

Ver: 17.01

FORM 2   Page: 5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**   Exhibit 9

| Case No: | 08-24279  -JBS | Trustee Name: | N. Neville Reid |
|---|---|---|---|
| Case Name: | HUCZEK JR, FRANK R | Bank Name: | BANK OF AMERICA, N.A. |
| | HUCZEK, KATHLEEN M | Account Number / CD #: | *******7070  BofA - Checking Account |
| Taxpayer ID No: | *******0611 | | |
| For Period Ending: | 03/31/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | 08/07/12 | 003009 | eCAST Settlement Corporation assignee of Citibank USA NA HOME DEPOT POB 35480 Newark NJ 07193-5480 | Claim 000009, Payment 8.24408% | 7100-000 | | 95.52 | 818.63 |
| | 08/07/12 | 003010 | Jefferson Capital Systems LLC PO BOX 7999 SAINT CLOUD MN 56302-9617 | Claim 000010, Payment 8.24438% | 7100-000 | | 46.96 | 771.67 |
| | 08/07/12 | 003011 | eCAST Settlement Corporation POB 35480 Newark, NJ 07193-5480 | Claim 000011, Payment 8.24403% | 7100-000 | | 707.77 | 63.90 |
| | 08/07/12 | 003012 | Jefferson Capital Systems LLC PO BOX 7999 SAINT CLOUD MN 56302-9617 | Claim 000012, Payment 8.24385% | 7100-000 | | 50.44 | 13.46 |
| | 08/07/12 | 003013 | Nicor Gas PO Box 549 Aurora IL 60507 | Claim 000014, Payment 8.24603% | 7100-000 | | 13.46 | 0.00 |
| * | 11/15/12 | 003003 | Atlantic Credit & Finance Inc. c/o Blitt and Gaines P.C. 661 Glenn Ave Wheeling, IL 60090 | Claim 000001, Payment 8.24389% See email of 11/15/12 to K. Goin & N. Reid.  Check to be reissued by BofA to be deposited into Associated Bank account. | 7100-003 | | -315.37 | 315.37 |
| | 02/22/13 | 003014 | Associated Bank | Transferred to Associated Bank on 12-6-13 Check returned from Atlantic Credit Check # 3003 | 9999-000 | | 315.37 | 0.00 |

Page Subtotals      0.00      914.15

Ver: 17.01

FORM 2

Page:   6

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 08-24279 -JBS | |
| Case Name: | HUCZEK JR, FRANK R | |
| | HUCZEK, KATHLEEN M | |
| Taxpayer ID No: | *******0611 | |
| For Period Ending: | 03/31/13 | |

| | |
|---|---|
| Trustee Name: | N. Neville Reid |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******7070  BofA - Checking Account |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 6,252.14 | 6,252.14 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 6,252.14 | 315.37 | |
| | | | Subtotal | | 0.00 | 5,936.77 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 5,936.77 | |

Page Subtotals                 0.00                 0.00

Ver: 17.01

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 19)*

FORM 2

Page:   7

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 08-24279  -JBS |
| Case Name: | HUCZEK JR, FRANK R |
| | HUCZEK, KATHLEEN M |
| Taxpayer ID No: | *******0611 |
| For Period Ending: | 03/31/13 |

| | |
|---|---|
| Trustee Name: | N. Neville Reid |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******3596  BofA - Checking Account |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 0.00 | 0.00 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 0.00 | 0.00 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 0.00 | 0.00 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account (Non-Interest Earn – *******3679 | 0.00 | 315.37 | 0.00 |
| Money Market Account (Interest Earn – *******6783 | 6,252.14 | 0.00 | 0.00 |
| BofA - Checking Account – ********7070 | 0.00 | 5,936.77 | 0.00 |
| BofA - Checking Account – ********3596 | 0.00 | 0.00 | 0.00 |
| | ------------------------ | ------------------------ | ------------------------ |
| | 6,252.14 | 6,252.14 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals                0.00            0.00

Ver: 17.01

UST Form 101-7-TDR (5/1/2011) *(Page: 20)*